# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NATALIE CALLAHAN,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case no.: 2:20-cv-1313-ACA |
| **JEFFERSON COUNTY BOARD OF EDUCATION,** | ) |
| **Defendant.** | ) |

## FINAL DISMISSAL ORDER

Pursuant to the joint stipulation of dismissal filed by the parties (doc. 19), the court **DISMISSES** this action **WITH PREJUDICE**. Costs and attorney fees to be taxed as paid, and in accordance with the Settlement Agreement concluding the case and executed by the parties.

**DONE** and **ORDERED** this March 5, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE